No. 96–8322. HILL v. PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 96–8323. HILL v. RAUP ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–8324. HILL v. ACKER. C. A. 3d Cir. Certiorari denied.

No. 96–8325. HILL v. BECK ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–8326. HILL v. GATES ET AL. (two judgments). C. A. 3d Cir. Certiorari denied.

No. 96–8327. HILL v. MCCLURE, JUDGE, UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 96–8328. HILL v. KEMP ET AL. (two judgments). C. A. 3d Cir. Certiorari denied.

No. 96–8329. HARRISON v. BARBOUR, SUPERINTENDENT, TWIN RIVERS CORRECTIONS CENTER, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–8331. COHEA v. WHITE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–8340. KLYNG v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–8343. TOSH v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 96–8345. WAMBACH v. CREECY ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–8347. PAGE v. SAUNDERS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 96–8349. MILLER v. STATE INDUSTRIAL INSURANCE SYSTEM OF NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–8354. CAREY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.